**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

**William Hilton,**

      **Plaintiff,**

**v.**

                                        **CIVIL ACTION NO.: 24-cv-299**
                                        **Hon. Robert C. Chambers**

**First Electronic Bank,**

      **Defendant.**

## DISMISSAL ORDER

ON THIS DAY CAME the Defendant, First Electronic Bank (hereinafter "the Defendant"), and the Plaintiff, William Hilton, (hereinafter "the Plaintiff") (collectively, the "Parties"), by and through their respective undersigned counsel, and hereby represent to the Court that all matters in the above-captioned action have been resolved.

The Court ORDERS that this matter be DISMISSED WITH PREJUDICE and removed from the docket, with each Party bearing their own fees and costs associated with this litigation. The Court further directs the Clerk to issue a copy of this Order to all Parties.

IT IS SO ORDERED.

_3/16/26_
Date

_[signature]_
Hon. Robert C. Chambers

Prepared and agreed to by:

/s/Taylor J. Giles
Taylor J. Giles (WV State Bar #14451)
Wilson Elser Moskowitz Edelman & Dicker, LLP
8444 Westpark Drive – Suite 510
McLean, Virginia 22102
(703) 245-9300 (phone)
(703) 245-9301 (fax)
Taylor.Giles@wilsonelser.com
*Counsel for the Defendant, First Electronic Bank*

*And*

/s/ Megan A. Patrick
Benjamin Sheridan (WVSB #11296)
Megan A. Patrick (WVSB #12592)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
T: (304) 562-7111
F: (304) 562-7115
E: mpatrick@kswvlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, March 13, 2026, I filed the foregoing

via the Court's CM/ECF filing system, which delivered notice of said filing to all counsel of

record.

Benjamin Sheridan
Megan A. Patrick
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
T: (304) 562-7111
F: (304) 562-7115
E: mpatrick@kswvlaw.com
*Counsel for Plaintiff*

/s/ Taylor J. Giles
Taylor J. Giles (WV State Bar #14451)